UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| ANTHONY SINCHAK,<br>    Plaintiff, | :<br>:<br>:    Case No. 3:19-cv-340(VLB) |
| v. | :<br>: |
| WARDEN ERFE, ET AL.,<br>    Defendants. | :<br>: |

# ORDER

The plaintiff, Anthony Sinchak, is incarcerated at the Garner Correctional Institution ("Garner"). He has filed a civil complaint under 42 U.S.C. § 1983 against prison officials from Cheshire Correctional Institution ("Cheshire") and Garner and two official who are employed at the State of Connecticut Department of Correction office in Wethersfield, Connecticut. He asserts First Amendment and Fourteenth Amendment claims in connection with the defendants' interference with his right to receive correspondence and newsletters from and to send correspondence to the Outlaw Motorcycle Club of Waterbury, Connecticut, also known as the American Outlaw Association and a First Amendment retaliation claim in connection with his transfer from Cheshire to Garner in February 2017. *See* Compl., ECF No. 1, at 37-43. The plaintiff has recently filed a motion for preliminary injunction and for temporary restraining order seeking an order restraining the defendants from: (1) transferring him from Garner, (2) removing him from his work assignment without cause and (3) retaliating against him in any way, including by restricting his mail. *See* Mot. TRO & Prelim. Inj., ECF No. 7 at 1.

**Within twenty-one days of the date of this order, the defendants shall file a response to the motion for temporary restraining order and for preliminary injunction showing cause why the relief requested should not be granted. The Clerk is directed to forward a copy of this order, the complaint [ECF No. 1] and the motion for temporary restraining order [ECF No. 7] to Assistant Attorney General Terrence M. O'Neill at the following email address: terrence.oneill@ct.gov and to Assistant Attorney General Madeline A. Melchionne at the following email address: madeline.melchionne@ct.gov.**

**SO ORDERED at Hartford, Connecticut this 21st day of March, 2019.**

                                            /s/
                                  **Hon. Vanessa L. Bryant**
                                  **United States District Judge**